# IN THE SUPREME COURT OF THE STATE OF NEVADA

HUGO NAVARETTE,
Appellant,
vs.
RWBB MANAGEMENT LTD., D/B/A
RESORTS WORLD BIMINI BAHAMAS
CASINO,
Respondent.

No. 76400

FILED

NOV 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a post-judgment award of attorney fees and costs. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.[1]

Appellant contends that the district court lacked subject matter jurisdiction over the underlying matter and contends that the summary judgment entered in respondent's favor must be reversed. Appellant, however, did not timely appeal the final judgment entered on April 2, 2018, so we lack jurisdiction to review the final judgment. *See* NRAP 4(a)(1) (providing that a notice of appeal must be filed within 30 days from when notice of entry of the written order is served); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) ("[A] final judgment is one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs."); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 688, 747 P.2d 1380, 1382 (1987) ("[T]he proper and timely filing of a notice of appeal is jurisdictional."). Although the district court's June 15, 2018,

---

[1]Pursuant to NRAP 34(f)(1), we have determined that oral argument is not warranted in this appeal.

19-46876

award of attorney fees and costs was labeled as an "amended judgment," that award did not "'disturb[ ] or revise[ ] legal rights and obligations which the prior judgment had plainly and properly settled with finality.'" *Campos-Garcia v. Johnson*, 130 Nev. 610, 612, 331 P.3d 890, 891 (2014) (quoting *Morrell v. Edwards*, 98 Nev. 91, 92, 640 P.2d 1322, 1324 (1982)). Accordingly, that award was superfluous with respect to the previously entered final judgment and could not form a basis for challenging on appeal the matters previously adjudicated in the final judgment. *Id.* Moreover, because appellant has not coherently argued that the June 15, 2018, post-judgment award of fees and costs should be reversed, we necessarily affirm that award.

It is so ORDERED.[2]

_____, C.J.
Gibbons

_____, J.          _____, Sr. J.
Silver                                        Douglas

cc:    Hon. Gloria Sturman, District Judge
       Robert F. Saint-Aubin, Settlement Judge
       Mueller & Associates
       Greenberg Traurig, LLP/Las Vegas
       Eighth District Court Clerk

---

[2]The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.